UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| N. N., et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>MOUNTAIN VIEW-LOS ALTOS UNION HIGH SCHOOL DISTRICT,<br><br>        Defendant. | Case No. 20-cv-08010-VKD<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT**<br><br>Re: Dkt. No. 86 |

      The parties advise that they have settled this matter. Dkt. No.86. Accordingly, the scheduled final pretrial conference, trial, and related deadlines and appearances are vacated. On or before **August 25, 2023**, a stipulated dismissal shall be filed pursuant to Fed. R. Civ. P. 41.

      If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor, 280 South First Street, San Jose, California 95113 on **August 29, 2023 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). Additionally, the parties shall file a statement in response to this Order to Show Cause no later than **9:00 a.m. on August 28, 2023** advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.

      If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

      **IT IS SO ORDERED.**

Dated: June 26, 2023

                                                      VIRGINIA K. DEMARCHI
                                                      United States Magistrate Judge