Colleen A. Snyder (SB No. 274064)
colleen@snydershaw.com
Snyder & Shaw, LLP
3196 S. Higuera Street, Ste. E
San Luis Obispo, CA 93401
Telephone: (805) 439-4646
Facsimile: (805) 301-8030

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| N.N. and T.T.,<br><br>Plaintiffs,<br><br>vs.<br><br>MOUNTAIN VIEW-LOS ALTOS UNION HIGH SCHOOL DISTRICT,<br><br>Defendant. | CASE NO: 5:20-cv-08010-VKD<br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

Plaintiffs N.N. and T.T. and Defendant Mountain View-Los Altos Union High School District, hereby jointly stipulate that this action be dismissed with prejudice.

Date: August 11, 2023    /s/ Colleen A. Snyder
                          Colleen A. Snyder
                          Attorney for Plaintiff

Date: August 11, 2023    /s/ Mark Davis
                          Mark Davis
                          Attorney for Defendant